IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DIONICIO JACINTO CHAVEZ RAYMUNDO,

Petitioner,

vs.

WARDEN, McCook Detention Center;

Respondent.

**8:26CV320**

**MEMORANDUM AND ORDER**

On July 7, 2026, the Court directed Petitioner Dionicio Jacinto Chavez Raymundo to pay the filing fee or submit a motion to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 3. To date, Petitioner has not paid the filing fee or submitted a motion to proceed in forma pauperis, and the time in which to do so has passed. The Court notes, however, Petitioner filed a second habeas petition challenging his current detention and paid the filing fee in a separate case, 8:26CV345, which remains pending. *See* Filing Nos. 1 & 16, Case No. 8:26CV345.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 7th day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge